THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MARGAN, Appellant

Based upon this court's independent review of the record, we conclude that arguable issues exist with respect, *inter alia,* to the prosecutor's summation. Under the circumstances, the motion of the defendant's assigned counsel to be relieved as counsel is granted and new appellate counsel is assigned *(see, People v Gonzalez,* 47 NY2d 606; *People v Casiano,* 67 NY2d 906; *People v Miller,* 99 AD2d 1021). Brown, J. P., Kunzeman, Kooper and Balletta, JJ., concur.